# DOCKET NO. 15-1400 (consolidated cases 15-1400 (L), 15-1514, 15-1546, 15-1586, 15-1490 & 15-1639)

### UNITED STATES COURT OF APPEALS
### FOR THE SEVENTH CIRCUIT

In re Capital One Telephone Consumer Protection Act Litigation

Charles C. Patterson, *et al*,
         Plaintiffs-Appellees,

v.

Allied Interstate, LLC, *et al*
         Defendants- Appellees,

Appeal of: Devera R.D. Bartte,
         Objector-Appellant.

Appeal from the United States District Court for the
Northern District of Illinois, Eastern Division.
Case No. l:12-cv-10064 (MDL No. 2416)
James F. Holderman, U.S. District Judge

### AGREED MOTION TO DISMISS APPEAL
### (<u>STIPULATED DISMISSAL BY AGREEMENT</u>)

Pursuant to Federal Rule of Appellate Procedure 42(b), and the agreement

of the parties, Appellant Devera R.D. Bartte, by counsel, hereby moves the Court

for an Order dismissing her above captioned appeal, Case Number 14-15242

(Lead Case 14-15000), with prejudice, and as grounds therefore states:

    (1)    Appellant Devera R.D. Bartte no longer desires to pursue this appeal;

    (2)    All named parties to the appeal agree to this dismissal; and,

    (3)    All parties to the appeal shall bear their own costs.

For these reasons, Appellant Devera R.D. Bartte respectfully moves the Court for an Order dismissing the above-captioned appeal.

Respectfully submitted, this 23ND day of June 2015

/s/ N. Albert Bacharach, Jr.
N. Albert Bacharach, Jr.
Attorney for Appellant Bartte
Florid Bar Number: 209783
N. ALBERT BACHARACH, JR., P.A.
4128 NW 13th Street
Gainesville, Florida 32609-1807
(352)378-9859 (FAX) 338-1858
N.A.Bacharach@att.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the original of Appellant Bartte's Agreed Motion to Dismiss Appeal (Stipulated Dismissal By Agreement) was filed on the 23rd of June, 2015, with the Clerk of the Court in searchable PDF format using the CM/ECF filing system, and that the Attorneys of Record will automatically be notified and served by the Court's CM/ECF system.

/s/ N. Albert Bacharach, Jr.
N. Albert Bacharach, Jr.