No. 15-1400 (L)
Consolidated with Nos. 15-1514, 15-1546, 15-1586, 15-1639, 15-1490

IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

In re Capital One Telephone Consumer Protection Act Litigation,
APPEAL OF: ANTONIA CARRASCO, Objector-Appellant

On Appeal from the United States District Court
for the Northern District of Illinois, Eastern Division, No. 1:12-cv-10064,
Judge James F. Holderman

**AGREED MOTION TO DISMISS APPEAL**

Christopher A. Bandas
BANDAS LAW FIRM, P.C.
500 N. Shoreline Blvd., Suite 1020
Corpus Christi, Texas 78401-0353
(361) 698-5200 Telephone
(361) 698-5222 Facsimile
Email:cbandas@bandaslawfirm.com

**ATTORNEY FOR APPELLANT
ANTONIA CARRASCO**

1262405.1

Pursuant to Fed. R. App. P. 42(b), Appellant ANTONIA CARRASCO hereby requests dismissal of Appeal No. 15-1400 with prejudice. The grounds for this motion are as follows:

(1)     Appellant no longer desires to pursue this appeal; and

(2)     All named parties to the appeal agree to this dismissal.

All parties to the appeal shall bear their own costs. In light of the withdrawal of CCAF's motion to intervene, Appellant and her counsel are not filing a substantive response to same but that should not be taken as an agreement or acquiescence to the facts and law asserted in the CCAF motion. For these reasons, ANTONIA CARRASCO respectfully moves the Court for an Order dismissing the above-captioned appeal.

Dated:  June 24, 2015

Respectfully submitted,

BANDAS LAW FIRM, PC


/s/ Christopher A. Bandas
Christopher A. Bandas
500 N. Shoreline Blvd., Suite 1020
Corpus Christi, Texas 78401-0353
(361) 698-5200 Telephone
(361) 698-5222 Facsimile
Email:cbandas@bandaslawfirm.com

**ATTORNEY FOR APPELLANT
ANTONIA CARRASCO**

1262405.1

## Proof of Service

I hereby certify that on June 24, 2015, I caused to be electronically filed the foregoing with the Clerk of the United States Court of Appeals for the Seventh Circuit using the CM/ECF system, thereby effecting service on counsel of record who are registered for electronic filing under Cir. R. 25(a).

Executed on June 24, 2015.

/s/ *Christopher A. Bandas*
Christopher A. Bandas

1262405. 1