Nos. 15-1400 (L) and 15-1490
Consolidated with Nos. 15-1514, 15-1546, 15-1586, 15-1639

IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

In re Capital One Telephone Consumer Protection Act Litigation,

APPEAL OF: Antonia Carrasco, *et al.*, Objectors-Appellants

On Appeal from the United States District Court
for the Northern District of Illinois, Eastern Division, No. 1:12-cv-10064,
Judge James F. Holderman

Center for Class Action Fairness's
Withdrawal of Motion to Intervene in Appeal Nos. 15-1400 and 15-1490
as Guardian Ad Litem for the Class, for an order to disclose settlement terms if helpful to the Court, and, in the alternative, an order issuing new notice to the class and opposition of the Center for Class Action Fairness for Rule 42 Motion to Dismiss With Prejudice

CENTER FOR CLASS ACTION FAIRNESS
Theodore H. Frank
1718 M Street NW, No. 236
Washington, DC 20036
(703) 203-3848
tfrank@gmail.com
*Attorneys for Movant*
*Center for Class Action Fairness*

The Center for Class Action Fairness withdraws with prejudice its motion to intervene as guardian ad litem for the class, for an order to disclose settlement terms if helpful to the Court, and, in the alternative, an order issuing new notice to the class and opposition of the Center for Class Action Fairness for Rule 42 motion to dismiss. Neither the Center nor any of its attorneys, officers, or directors has received any pecuniary compensation or promises of contingent pecuniary compensation for this withdrawal.

Dated:  June 24, 2015               Respectfully submitted,

                                    CENTER FOR CLASS ACTION FAIRNESS

                                    /s/ Theodore H. Frank
                                    Theodore H. Frank
                                    1718 M Street NW, No. 236
                                    Washington, DC 20036
                                    (703) 203-3848
                                    tfrank@gmail.com
                                    *Attorneys for Movant*
                                    *Center for Class Action Fairness*

**Proof of Service**

     I hereby certify that on June 24, 2015, I caused to be electronically filed the foregoing with the Clerk of the United States Court of Appeals for the Seventh Circuit using the CM/ECF system, thereby effecting service on counsel of record who are registered for electronic filing under Cir. R. 25(a).

                                        */s/ Theodore H. Frank*
                                        Theodore H. Frank